No. 83–5865.  ABDULLAH v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 83–5873.  MAGHE v. OKLAHOMA.  C. A. 10th Cir.  Certiorari denied.

No. 83–5875.  HUNTER v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 83–5887.  MCALPIN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–5892.  WHIPPLE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 83–5894.  PLAGMANN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–5896.  MCQUEEN v. CREWS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 83–5901.  LEHMER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 83–5903.  JONES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 83–5904.  KOON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–5920.  RUTH v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 83–5922.  LEHMER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 83–5925.  HUNTER v. OHIO.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 83–5926.  PERDUE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–5932.  LABRUNA v. UNITED STATES MARSHAL, WESTERN DISTRICT OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 83–5934.  GOOD v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.